942

No. 479. KANISCHER v. IRWIN OPERATING CO. C. A. 5th Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Dewey Knight* for respondent.

No. 494. GOLDMAN ET UX. v. FOGARTY. Probate Court of Essex County, Massachusetts. Certiorari denied. *Leo Pfeffer* for petitioners.

No. 498. ESTATE OF GOLDSTEIN ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. *J. V. Dillon* for petitioners. Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack and Elizabeth B. Davis for the United States.

No. 499. UNITED STATES v. GENERAL MOTORS CORP., FRIGIDAIRE DIVISION; and
No. 511. GENERAL MOTORS CORP., FRIGIDAIRE DIVISION, v. UNITED STATES. Court of Claims. Certiorari denied. *Solicitor General Sobeloff* for the United States. *Newell W. Ellison, Henry M. Hogan, Daniel M. Gribbon* and *Calvert Thomas* for the General Motors Corp., Frigidaire Division. Reported below: 128 Ct. Cl. 465, 121 F. Supp. 932.

No. 500. GEARON ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. *Walter F. Boye* and *Robert V. Smith* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, John R. Benney* and *Melvin Richter* for the United States.

No. 503. UNITED STATES LINES CO. v. UNITED STATES. Court of Claims. Certiorari denied. *Cletus Keating* and